# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**Plaintiff:**

K.S., on behalf of Jane Doe,
a minor,

**Defendant:**

M.V.S.

**Case No.:**

> FILED ___ LODGED
> ___ RECEIVED ___ COPY
> DEC 0 9 2024
> CLERK U S DISTRICT COURT
> DISTRICT OF ARIZONA
> BY_____ DEPUTY

CV24-03450-PHX-DWL

## MOTION TO SEAL THE CASE

SEALED

## INTRODUCTION

Plaintiff K.S., acting on behalf of Jane Doe, a minor, respectfully moves this Court to seal all filings, records, and proceedings related to this case. This motion is made to protect the safety, privacy, and well-being of Jane Doe and to preserve the integrity of ongoing federal investigations involving Defendant M.V.S.

## ARGUMENT

### 1. The Sensitive Nature of the Allegations Necessitates Sealing

This case involves allegations of human trafficking, child abuse, and financial crimes committed by Defendant, which directly affect Jane Doe, a minor and a survivor of these crimes. Public disclosure of these proceedings would:

- **Jeopardize Jane Doe's Safety:** Given Defendant's history of retaliatory behavior, including swatting incidents and threats of abduction, public

disclosure of the case details would place Jane Doe at significant risk of harm.

- **Violate Jane Doe's Privacy Rights:** As a minor and survivor of trafficking, Jane Doe's privacy rights must be prioritized to prevent further trauma and re-victimization.

## 2. Federal Investigations Must Be Protected

Defendant is under active investigation by federal agencies, including the FBI and Homeland Security Investigations (HSI), for human trafficking, financial crimes, and terrorism financing. Public access to case records could interfere with these ongoing investigations, compromise law enforcement efforts, and alert Defendant to sensitive details prematurely.

## 3. Precedent Supports Sealing in Cases of Extreme Sensitivity

Federal courts have recognized the importance of sealing records in cases involving minors and allegations of trafficking to protect the rights and safety of those involved. In **Doe v. Stegall, 653 F.2d 180 (5th Cir. 1981)**, the court emphasized the need for anonymity to shield minors from harassment, humiliation, and retaliation in sensitive cases.

## REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Seal all filings, records, and proceedings related to this case to ensure the confidentiality and safety of Jane Doe.

2. Restrict access to case documents to authorized parties, including the Court and relevant law enforcement agencies.

3. Prohibit public access to the names, addresses, and identifying details of Plaintiff, Defendant, and Jane Doe.

## CONCLUSION

Given the sensitive nature of this case, the safety risks to Jane Doe, and the ongoing federal investigations, Plaintiff respectfully requests that the Court grant this Motion to Seal the Case to protect the rights and well-being of all parties involved.

Respectfully submitted,
K.S.
[Confidential Contact Information Filed Under Seal]

12/03/24